**STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
(337) 433-9403**

Lee Schwalben
Attorney at Law
616 Broad St.
Lake Charles LA 70601

Jordyn A. Goody
The Townsley Law Firm
3102 Enterprise Blvd.
Lake Charles LA

Todd A. Townsley
The Townsley Law Firm
3102 Enterprise Blvd.
Lake Charles LA 70601

> Judgment on rehearing rendered and mailed to all parties or counsel of record on May 8, 2024

**REHEARING ACTION: May 8, 2024**

**Docket Number: 23   00562-CA**

**ASHLEY SHORTRIDGE
VERSUS
WEST CALCASIEU CAMERON HOSPITAL**

**Appealed from Calcasieu Parish Case No. 2022-2516**

**BEFORE JUDGES:**

**Hon. Shannon J. Gremillion
Hon. Jonathan W. Perry
Hon. Sharon Darville Wilson**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Ashley Shortridge** has this day been

**DENIED.**

cc: Benjamin Joseph Guilbeau, Counsel for the Appellee
    Elizabeth Fontenot Shea, Counsel for the Appellee